# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2012

144271

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SHIRLEY A. BRYCE,
        Plaintiff-Appellant,

v

CHRYSLER GROUP, L.L.C.,
        Defendant-Appellee.

SC: 144271
COA: 303867
WCAC: 10-000034

_____/

On order of the Court, the application for leave to appeal the November 4, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2012

Clerk

t0516